# United States District Court
## Northern District of New York
### CIVIL JUDGMENT

Robert Daley,

                Plaintiff,

                                  Case Number:
                                  1:05cv0047 (NPM)

The Commissioner of Social Security

                Defendant.

[X]   Decision by Court.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED,** the defendant's motion for judgment on the pleadings was Granted in part and Denied in part, and it is further

    **ORDERED AND ADJUDGED,** and the plaintiff's motion for judgment on the pleadings is Denied and it is further

    **ORDERED AND ADJUDGED,** that this case is to be remanded to the Commissioner pursuant to 42 U.S.C §405(g) for further administrative proceedings regarding plaintiff's residual functional capacity.

    All of the above pursuant to an Order of the United States District Court Judge Neal P. McCurn, dated August 2, 2007.

Dated: August 2, 2007           **Lawrence K. Baerman, Clerk**

                                                        *Lawrence K. Baerman*
                                                        Clerk of Court

                                        **Marie N. Marra,**
                                        **Deputy Clerk**