United States District Court
Northern District of New York

# AMENDED JUDGMENT IN A CIVIL CASE

ROBERT DALEY

                              **Plaintiff**

          **VS.**                              1:05-CV-47 (NPM)

**COMMISSIONER OF SOCIAL SECURITY**

                              **Defendant**

**[X]  Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the defendant's motion for judgment on the pleadings is granted in part and denied in part.  The plaintiff's motion for judgment on the pleadings is denied. The plaintiff's motion for attorney's fees is granted in the amount of $3,131.64.  This action is remanded to the Commissioner pursuant to 42 USC section 405(g) for further administrative proceedings regarding plaintiff's residual functional capacity consistent with this Court's opinion.

All of the above pursuant to the Orders of the Honorable Senior Judge Neal P. McCurn dated 8/2/2007 and 4/24/2008.

**APRIL 25, 2008**
_____
**Date**

                                      Laurence K. Baerman
                                      Clerk of Court

                                        **s/**_____
                                        **Joanne Bleskoski**
                                        **Deputy Clerk**